MICHAEL K. BRISBIN (SBN 169495)
michael.brisbin@wilsonelser.com
WILSON, ELSER, MOSKOWITZ,
EDELMAN & DICKER LLP
655 Montgomery Street, Suite 900
San Francisco, CA 94111
Telephone  (415) 433-0990
Facsimile  (415) 434-1370

Attorneys for Defendant
**RELIANCE STANDARD LIFE INSURANCE COMPANY**

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

### EASTERN DIVISION

| VICKY HAMILTON, an individual, | Case No. |
|---|---|
| Plaintiff, | |
| vs. | **DEFENDANT RELIANCE STANDARD LIFE INSURANCE COMPANY'S NOTICE OF REMOVAL PURSUANT TO 28 U.S.C. § 1441** |
| RELIANCE STANDARD LIFE INSURANCE COMPANY, | |
| Defendant. | |

**TO THE COURT, ALL PARTIES, AND THEIR COUNSEL OF RECORD:**

**PLEASE TAKE NOTICE THAT** Defendant Reliance Standard Life Insurance Company ("Reliance Standard"), hereby removes civil action no. CIVSB2328221 from The Superior Court of the State of California, County of San Bernardino, to the United States District Court, Central District of California, Eastern Division, pursuant to 29 U.S.C. § 1132(e), 28 U.S.C. §§1441 and 1446 on the grounds that this matter is governed by the Employee Retirement Income Security Act of 1974 ("ERISA") 29 U.S.C. 1001, et seq.  Therefore, the action is removable to this Court based on federal question jurisdiction.  Reliance Standard states that the foregoing facts were true at the time Plaintiff filed her Complaint on November 2, 2023, and

1

remain true as of the date of filing this Notice of Removal, as more fully set forth below:

## I.      TIMELINESS

Plaintiff Vicky Hamilton ("Plaintiff") filed the Complaint in the action captioned *Vicky Hamilton, an individual, Plaintiff, v. Reliance Standard Life Insurance Company, an Illinois corporation, and DOES 1 through 100, inclusive Defendants,* in the Superior Court of the State of California, for the County of San Bernardino, on November 2, 2023, where the case was assigned case number CIVSB2328221 ("the Action").

Plaintiff caused the Summons and Complaint to be served on Defendant Reliance Standard on November 29, 2023, through CT Corporation.  In compliance with 28 U.S.C. §1446(b), Defendant files this Notice of Removal with this Court within thirty (30) days after receipt of a copy of the initial pleading setting forth the claim for relief upon which the Action or proceeding is based and within thirty (30) days after service of summons and complaint was first served on the defendant. Hence, this Notice of Removal is timely.

A copy of the Summons and Complaint, and all documents from the Superior Court are attached hereto the *Brisbin Declaration,* as *Exhibit 1*.

## II.      FEDERAL QUESTION JURISDICTION, 28 U.S.C. § 1441

28 U.S.C. section 1441 (c) permits removal of actions where the claim arises "under the Constitution, laws, or treaties of the United States."  As against Defendant Plaintiff seeks damages for breach of contract and breach of good faith and fair dealing related to her claim for disability benefits.

ERISA applies broadly to benefit plans that are established or maintained by "by an employer or by an employee organization, or by both." 29 U.S.C. § 1002(1). An ERISA plan can be established even if the sponsor does no more than arrange for a group type insurance program. *Kanne v. Connecticut General Life Ins. Co.*, 867 F.2d 489, 492 (9th Cir. 1989).  Here, there can be no legitimate dispute that the claims

relate to an ERISA-governed plan as Plaintiff filed a similar lawsuit, making claims under ERISA, in the USDC, Central District of California, against Reliance Standard on March 5, 2022, case number 5:22-cv-00523-JWH-SHK. Attached, to the *Brisbin Declaration*, as *Exhibit 2*, is a true and correct copy of Plaintiff's prior complaint filed on March 5, 2022, of which this Court can take judicial notice. The insured, the Policy number - G100,001, the effective date - January 1, 1993, and the participating unit - SEIU Local number, 721, and the policy holder – The RSL Group & Blanket Insurance Trust, are all the same. Hence, Plaintiff's current lawsuit and claim for disability benefits, is governed by ERISA. Plaintiff's state law claim for breach of good faith and fair dealing, and prayer for punitive damages, are invalid as ERISA governs her lawsuit.

## III.   PROCESS

This Notice of Removal is being filed without prejudice to Reliance Standard's objections and defenses. Written notice of the filing of this Notice of Removal will be served on all adverse parties and a copy will be filed with The Superior Court for the State of California, County of San Bernardino in accordance with the provisions of U.S.C. § 1446(d).

WHEREFORE, Defendants remove the above action pending in the Superior Court for the State of California, County of San Bernardino to the United States District Court for the Central District of California, Eastern Division.

Dated:  December 27, 2023

WILSON, ELSER, MOSKOWITZ, EDELMAN & DICKER LLP

By:   */s/ Michael K. Brisbin*
Michael K. Brisbin
Attorneys for Defendant
**RELIANCE STANDARD LIFE INSURANCE COMPANY**

-3-

Defendant Reliance Standard Life Insurance Company's Notice of Removal Pursuant to 28 U.S.C. §1441
Case No.:
290910777v.1

**CERTIFICATE OF SERVICE**
*Hamilton v. Reliance Standard Life Insurance Company, et al.*
San Bernardino County Superior Court Case No.:  CIVSB2328221
WEMED File No.:  13632.01046

I hereby certify that on **December 27, 2023,** I served the documents described as:

**DEFENDANT RELIANCE STANDARD LIFE INSURANCE COMPANY'S NOTICE OF REMOVAL PURSUANT TO 28 U.S.C. § 1441**

[ ]   **BY U.S. MAIL** - As follows:  I am "readily familiar" with the firm's practice of collection and processing correspondence for mailing.  Under that practice it would be deposited with the U.S. Postal Service on that same day with postage thereon fully prepaid at San Francisco, California in the ordinary course of business.  The envelope was sealed and placed for collection and mailing on this date following our ordinary practices.  I am aware that on motion of the party served, service is presumed invalid if postal cancellation date or postage meter date is more than one day after date of deposit for mailing in affidavit.

[]   **BY ELECTRONIC TRANSMISSION:**  I electronically filed the above document(s) with the Clerk of the Court using the CM/ECF system.  The CM/ECF system will send notification of this filing to the person(s) listed below.

[X]   **BY E-MAIL OR ELECTRONIC TRANSMISSION** – Based on a court order or an agreement of the parties to accept service by e-mail or electronic transmission, I caused the documents to be sent to the persons at the e-mail addresses listed above. I did not receive, within a reasonable time after the transmission, any electronic message or other indication that the transmission was unsuccessful.

I am employed in the County of San Francisco, State of California.  I am over the age of 18 and not a party to the within action; my business address is 655 Montgomery Street, Suite 900, San Francisco, CA  94111.

☒   (Federal)  I declare that I am employed in the office of a member of the bar of this court at whose direction the service was made.

Executed on **December 27, 2023,** at San Francisco, California.

*/s/ Karri L. Murphy*
Karri L. Murphy

-4-

Defendant Reliance Standard Life Insurance Company's Notice of Removal Pursuant to 28 U.S.C. §1441
Case No.:
290910777v.1

**SERVICE LIST**
*Hamilton v. Reliance Standard Life Insurance Company, et al.*
San Bernardino County Superior Court Case No.:  CIVSB2328221
WEMED File No.:  13632.01046

Kevin M. Zietz, Esq.
LAW OFFICES OF KEVIN M. ZIETZ, PC
16055 Ventura Boulevard, Suite 650
Encino, California 91436
Ph: (818) 981-9200
kevin@zietzlaw.com
**Attorneys for Plaintiff VICKY HAMILTON**

-5-

Defendant Reliance Standard Life Insurance Company's Notice of Removal Pursuant to 28 U.S.C. §1441
Case No.:
290910777v.1