1  Kevin M. Zietz, Esq. (SBN 186244)
   E-mail: kevin@zietzlaw.com
2  LAW OFFICES OF KEVIN M. ZIETZ, PC
   16055 Ventura Boulevard, Suite 650
3  Encino, California 91436
   Tel: (818) 981-9200
4  Fax: (818) 981-9201

5  Attorneys for Plaintiff,
   VICKY HAMILTON
6

7  **UNITED STATES DISTRICT COURT**

8  **CENTRAL DISTRICT OF CALIFORNIA**

9

10 VICKY HAMILTON,                           Case No. : 5:23-cv-02627-JWH-SHK

11         Plaintiff,
                                             **NOTICE OF SETTLEMENT**
12 v.

13 RELIANCE STANDARD LIFE
   INSURANCE COMPANY, et al.,
14
           Defendants.
15

- 1 -

NOTICE OF SETTLEMENT

**TO THE HONORABLE JOHN W. HOLCOMB AND HIS COURT CLERK:**

Please take notice that the parties have reached a confidential settlement of this entire action. The parties expect that a written settlement agreement will be finalized and signed within forty-five (45) days. Thereafter, the parties will submit a stipulation requesting dismissal of this entire action with prejudice, with each party to bear his/its own attorneys' fees and costs.

DATED: February 2, 2024         Respectfully submitted,

                                            LAW OFFICES OF KEVIN M. ZIETZ, P.C.

                                            By: */Kevin M. Zietz/*
                                                KEVIN M. ZIETZ, ESQ
                                                Attorney for Plaintiff
                                                VICKY HAMILTON