Kevin M. Zietz, Esq. (SBN 186244)
LAW OFFICES OF KEVIN M. ZIETZ, PC
kevin@zietzlaw.com
16055 Ventura Boulevard, Suite 650
Encino, California 91436
Telephone:  (818) 981-9200
Facsimile:   (818) 981-9201

Attorneys for Plaintiff
VICKY HAMILTON

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| VICKY HAMILTON,<br><br>　　　　　　Plaintiff,<br><br>　　v.<br><br>RELIANCE STANDARD LIFE INSURANCE COMPANY, et al.,<br><br>　　　　　　Defendants. | Case No. 5:23-cv-02627-JWH-SHK<br><br>**JOINT STIPULATION OF DISMISSAL WITH PREJUDICE**<br><br>**[FRCP 41(A)(1)(A)(II)]** |

JOINT STIPULATION OF DISMISSAL WITH PREJUDICE

1 | Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii) Plaintiff, Vicky Hamilton ("Plaintiff"), and Defendants, Reliance Standard Life Insurance Company, and Does 1 to 10 ("Defendants") by and through their respective undersigned counsel, show the Court by this Stipulation for Dismissal with Prejudice that all claims between the parties, including all claims against all Defendants, have been amicably resolved and that this action shall be dismissed in its entirety and with prejudice. Further, each party will bear her/its own costs, expenses and attorneys' fees.

DATED: February 22, 2024

Respectfully submitted,

LAW OFFICES OF KEVIN M. ZIETZ, PC

By: *Kevin M. Zietz*
Kevin M. Zietz
Attorneys for Plaintiff
VICKY HAMILTON

DATED: February 22, 2024

Respectfully submitted,

WILSON ELSER MOSKOWITZ EDELMAN AND DICKER LLP

By: */s/ Qwalyne Elise Lawson*
Qwalyne Elise Lawson
Attorneys for Defendant
RELIANCE STANDARD LIFE INSURANCE COMPANY

## CERTIFICATE OF SERVICE

I hereby certify that on this 22nd day of February 2024, the caused a copy of the foregoing JOINT STIPULATION OF DISMISSAL WITH PREJUDICE to be filed electronically with the Clerk of the District Court using the CM/ECF system, which sent notification of such filing to all parties registered to receive notice via that service.

*/s/ Qwalyne Elise Lawson*
Qwalyne Elise Lawson